**Order entered October 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00720-CR

**GABRIEL ADRIAN GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81860-2018**

## ORDER

Before the Court is appellant's October 11, 2019 first motion for extension of time to file his brief. We **GRANT** the motion. Appellant's brief shall be due on or before November 18, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE